1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:     (707) 763-7100
   Facsimile:     (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   KATHLEEN PAULSEN
6

7  Patrick K. Faulkner, County Counsel
   Sheila Shah Lichtblau, SBN 167999
8  Stephen R. Raab, SBN 180939
   MARIN COUNTY COUNSEL
9  3501 Civic Center Drive, Room 3275
   San Rafael, California 94903
10 Telephone: (415) 499-6117
   Facsimile: (415) 499-3796
11

12 Attorneys for Defendant County of Marin

13

14

15                    **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18 KATHLEEN PAULSEN,                    | **Case No.  C08-02305 PJH**

19                 Plaintiff,

20                                       | **STIPULATION AND** ~~PROPOSED~~ **ORDER
                                         | TO CONTINUE INITIAL CASE
21 v.                                    | MANAGEMENT CONFERENCE**

22

23 COUNTY OF MARIN; MIKE DALY;
   REBECCA SAID; and DOES 1 through 50,
24 inclusive,

25                 Defendants.

26

27

28
                                    -1-

1    IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective

2    counsel of record that the Initial Case Management Conference ("CMC"), presently set for

3    September 11, 2008, be continued to September 24, 2008 at 9:00 a.m. so that the CMC can be

4    heard concurrently with Defendant County of Marin's Motion to Dismiss.  Good cause exists to

5    continue this Case Management Conference in that it will promote judicial economy.

6        **SO STIPULATED**.

7

8    Dated:  September 3, 2008                          KAHN BROWN & POORE LLP

9

10                                                      _____/s/_____
                                                        David M. Poore
11                                                      Attorneys for Plaintiff

12

13    Date: September 3, 2008                           PATRICK FAULKNER,
                                                        MARIN COUNTY COUNSEL
14

15                                                      _____/s/_____
16                                                      Sheila Shah Lichtblau
                                                        Stephen Raab
17                                                      Counsel for Defendant County of Marin

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

-2-

1

## [~~PROPOSED~~] ORDER

2

3      **IT IS SO ORDERED**.  The Initial Case Management Conference is continued from

4   September 11, 2008, at 2:30 p.m. in Courtroom 3, 17th Floor, San Francisco, California, to

5   September 24, 2008, at 9:00 a.m. in Courtroom 3, 17th Floor, San Francisco, California to be

6   heard concurrently with Defendant County of Marin's Motion to Dismiss.

7

8

9   Dated: ___9/4/08_____                    _____

10                                                                              COURT JUDGE

11

12                          IT IS SO ORDERED

13                          Judge Phyllis J. Hamilton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-