1  PATRICK K. FAULKNER, COUNTY COUNSEL
   SHEILA SHAH LICHTBLAU (SBN 167999)
2  3501 Civic Center Drive, Room 303
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4

   Attorney(s) for The County of Marin
5

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 KATHLEEN PAULSEN,                          Case No.: C08-02305 JL

11         Plaintiff,

12    v.                                      [PROPOSED] ORDER DISMISSING
                                              DEFENDANTS MIKE DALY AND
13 COUNTY OF MARIN; MIKE DALY; REBECCA        REBECCA SAID (FRCP 12(b)(5); 4(m).)
   SAID; and DOES 1 through 50, Inclusive,
14                                            Date:  June 24, 2009
                                              Time:  9:30 am
15                                            Courtroom F
           Defendants.
16

17

18
          On June 24, 2008, Defendant COUNTY OF MARIN's Motion to Dismiss Defendants Mike
19
   Daly and Rebecca Said was heard before the Honorable James Larson.  Sheila Lichtblau appeared for
20
   Defendant COUNTY OF MARIN.  David Poore, Esq. appeared for plaintiff KATHLEEN PAULSEN.
21
   After review of all pleadings, motions and arguments of counsel, the Court hereby orders that named
22
   Defendants Mike Daly and Rebecca Said be dismissed pursuant to Federal Rules of Civil Procedure
23
   12(b)(5) and 4(m), on the grounds that while this action was filed over thirteen months ago, Plaintiff
24
   has made no attempt to serve these individual defendants and no good cause has been established as to
25
   why they have not been served.  Dismissal of these individuals without prejudice is therefore,
26
   //
27
   //
28
   //

   [Proposed] Order                          1

1 | appropriate pursuant to Rule 4(m).

2 | Hearing on June 24, 2009 at 9:30 a.m. is vacated.  Case management conference scheduled for June 24, 2009
   | at 10:30 a.m. remains on calendar.

3 |

4 | IT IS SO ORDERED.

5 | DATED: June 9, 2009

6 |

7 | Judge of the US District Court
   | Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order                                         2