1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  30 – Fifth Street, 2nd Floor
   Petaluma, California 94952
3  Telephone:    (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   KATHLEEN PAULSEN

6

7  Patrick K. Faulkner, County Counsel
   Sheila Shah Lichtblau, SBN 167999
8  Stephen R. Raab, SBN 180939
   MARIN COUNTY COUNSEL
9  3501 Civic Center Drive, Room 3275
   San Rafael, California 94903
10 Telephone: (415) 499-6117
   Facsimile: (415) 499-3796
11

12 Attorneys for Defendant County of Marin

13

14

15                 **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

18 KATHLEEN PAULSEN,                    | **Case No.  C08-02305 PJH**

19

20              Plaintiff,              | **STIPULATION FOR DISMISSAL AND
                                          [PROPOSED] ORDER DISMISSING DEFENDANT
21 v.                                     COUNTY OF MARIN AND TOLLING OF
                                          STATUTE OF LIMITATIONS**

22

23 COUNTY OF MARIN; MIKE DALY;
   REBECCA SAID; and DOES 1 through 50,
24 inclusive,

25              Defendants.

26

27

28                              -1-

1       IT IS HEREBY STIPULATED by and between parties to this action through their designated

2   counsel that the entire above-captioned action be and hereby is dismissed without prejudice only

3   as to defendant COUNTY OF MARIN pursuant to FRCP 41.  Each said party to this Dismissal,

4   plaintiff and defendant COUNTY OF MARIN, shall bear its own costs and attorneys' fees.

5       Defendants further stipulate to the tolling of any and all applicable statute(s) of limitations as

6   to the COUNTY OF MARIN during the pendency of the instant Federal Court action.

7       SO STIPULATED.

8

9   Dated:  June 23, 2009                    KAHN BROWN & POORE LLP

10

11                                    /s/

12                            David M. Poore
                              Attorneys for Plaintiff

13

14  Date: June 23, 2009                    PATRICK FAULKNER,

15                            MARIN COUNTY COUNSEL

16

17                                      /s/
                              Sheila Shah Lichtblau

18                            Stephen Raab
                              Counsel for Defendant County of Marin

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

-2-

1

## [PROPOSED] ORDER

2

3     **IT IS SO ORDERED**.  The parties' stipulation and proposed order to dismiss defendant

4     COUNTY OF MARIN is approved and Granted.  The parties' stipulation of the tolling of any and

5     all applicable statute(s) of limitations during the pendency of the Federal Court action is hereby

6     approved and Granted.  Each party to this Stipulation to bear its own costs and attorneys' fees.

7

8

9     Dated: ___June 24, 2009_____

10                                                           _____
                                                                        UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-